UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| LUIS T.J. LEAL, SR., | ) | CASE NO. 3:06 CV 7035 |
| Plaintiff, | ) ) | JUDGE DAVID A. KATZ |
| v. | ) ) | |
| LUCAS COUNTY PROSECUTORS OFFICE, et al., | ) ) ) | OPINION AND ORDER |
| Defendants. | ) ) | |

This action was originally filed on December 22, 2005 in the Lucas County Court of Common Pleas, by Luis T.J. Leal, Sr. against the Lucas County Prosecutors Office and the U.S. Comptroller of Currency. The case was removed to this court on January 26, 2006. While the complaint is unclear, it appears to allege that plaintiff was unable to obtain financing from the City of Toledo for his business, and that defendants did not assist him in an appropriate manner. For the reasons stated below, this action is dismissed.

Principles requiring generous construction of pro se pleadings are not without limits. Beaudett v. City of Hampton, 775 F.2d 1274, 1277 (4th Cir. 1985). Given the most liberal construction, the complaint does not contain allegations remotely suggesting plaintiff might have a valid claim, or setting forth a reasonable basis for jurisdiction. This action is therefore appropriately subject to summary dismissal. Apple v. Glenn, 183 F.3d 477 (6th Cir. 1999); see Hagans v. Lavine, 415 U.S. 528, 536-37 (1974)(citing numerous Supreme Court cases for the

proposition that attenuated or unsubstantial claims divest the district court of jurisdiction); <u>In re Bendectin Litig.</u>, 857 F.2d 290, 300 (6th Cir.1988)(recognizing that federal question jurisdiction is divested by unsubstantial claims).

Accordingly, this action is dismissed.

IT IS SO ORDERED.

s/ DAVID A. KATZ 3/2/06

DAVID A. KATZ
UNITED STATES DISTRICT JUDGE